ALK:KRA
F. #2025R00187

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

KAMRAN GULIYEV and
RAFAEL RZAYEV,

                                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
E.D.N.Y.
*APRIL 29, 2026*
BROOKLYN OFFICE

I N D I C T M E N T

Cr. No. __1:26-cr-00114__
(T. 18, U.S.C., §§ 924(d)(1), 933(a)(1),
933(b), 934(a)(1), 982(a)(1), 982(b)(1),
1956(a)(3)(B), 1956(h), 2 and 3551 et
seq.; T. 21, U.S.C., § 853(p); T. 28,
U.S.C., § 2461(c))

Judge LaShann DeArcy Hall
Magistrate Judge Robert M. Levy

THE GRAND JURY CHARGES:

COUNT ONE
(Money Laundering Conspiracy)

1.    In or about and between June 2024 and May 2025, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants KAMRAN GULIYEV and RAFAEL RZAYEV, together with others, did knowingly and intentionally conspire to conduct one or more financial transactions in and affecting interstate and foreign commerce, to wit: the transfer and delivery of United States currency, which transactions involved property represented by a person at the direction of, and with the approval of, a federal official authorized to investigate violations of Title 18, United States Code, Section 1956, to be proceeds of specified unlawful activity, to wit: bringing in and harboring aliens, in violation of Title 8, United States Code, Section 1324, with the intent to conceal and disguise the nature, location, source, ownership and control of property believed to be the

proceeds of such specified unlawful activity, contrary to Title 18, United States Code, Section 1956(a)(3)(B).

(Title 18, United States Code, Sections 1956(h) and 3551 et seq.)

## COUNT TWO
### (Money Laundering)

2.     In or about and between June 2024 and May 2025, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants KAMRAN GULIYEV and RAFAEL RZAYEV, together with others, did knowingly and intentionally conduct and attempt to conduct one or more financial transactions in and affecting interstate and foreign commerce, to wit: the transfer and delivery of United States currency, which transactions involved property represented by a person at the direction of, and with the approval of, a federal official authorized to investigate violations of Title 18, United States Code, Section 1956, to be proceeds of specified unlawful activity, to wit: bringing in and harboring aliens, in violation of Title 8, United States Code, Section 1324, with the intent to conceal and disguise the nature, location, source, ownership and control of property believed to be the proceeds of specified unlawful activity.

(Title 18, United States Code, Sections 1956(a)(3)(B), 2 and 3551 et seq.)

## COUNT THREE
### (Firearms Trafficking)

3.     In or about and between February 2025 and May 2025, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant RAFAEL RZAYEV, together with others, did knowingly and intentionally ship, transport, transfer, cause to be transported and otherwise dispose of one or more firearms to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause

to believe that the use, carrying and possession of a firearm by the recipient would constitute a felony.

(Title 18, United States Code, Sections 933(a)(1), 933(b), 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION
## AS TO COUNTS ONE AND TWO

4.      The United States hereby gives notice to the defendants that, upon their conviction of either of the offenses charged in Counts One and Two, the government will seek forfeiture in accordance with Title 18, United States Code, Section 982(a)(1), which requires any person convicted of such offenses to forfeit any property, real or personal, involved in such offenses, or any property traceable to such property.

5.      If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a)      cannot be located upon the exercise of due diligence;

(b)      has been transferred or sold to, or deposited with, a third party;

(c)      has been placed beyond the jurisdiction of the court;

(d)      has been substantially diminished in value; or

(e)      has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 982(a)(1) and 982(b)(1); Title 21, United States Code, Section 853(p))

## CRIMINAL FORFEITURE ALLEGATION
## AS TO COUNT THREE

6.      The United States hereby gives notice to the defendant charged in Count Three that, upon his conviction of such offense, the government will seek forfeiture in accordance with Title 18, United States Code, Sections 924(d)(1) and 934(a)(1), and Title 28, United States Code, Section 2461(c), which require the forfeiture of: (a) any firearm or ammunition involved in or used in any violation of any criminal law of the United States; (b) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and (c) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

7.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)      cannot be located upon the exercise of due diligence;

(b)      has been transferred or sold to, or deposited with, a third party;

(c)      has been placed beyond the jurisdiction of the court;

(d)      has been substantially diminished in value; or

(e)      has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 924(d)(1) and 934(a)(1); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

s/
_____
FOREPERSON

By: *Whitman G.S. Knapp, AUSA*
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK